**Order entered September 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01066-CR

### SHARON HENNINGTON TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-20861-P**

## ORDER

The judgment in the above appeal states appellant was convicted by a jury who also assessed punishment. Rule 34.5 of the rules of appellate procedure requires that the clerk's record contain, among other items, the trial court's charge (guilt/innocence and punishment) as well as the trial court's certification of appellant's right to appeal. TEX. R. APP. P. 34.5(a)(4), (12). The clerk's record in this appeal, filed September 18, 2018, does not contain (1) the trial court's charge to the jury on guilt/innocence, (2) the trial court's charge to the jury on punishment, and (3) the trial court's certification of appellant's right to appeal under rule 25.2.

We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing (1) the trial court's charge to the jury on guilt/innocence, (2) the trial court's charge to the jury on punishment, and (3) the trial court's certification of appellant's right to appeal under rule 25.2.

/s/      LANA MYERS
               JUSTICE